# United States District Court FILED

## SOUTHERN DISTRICT OF INDIANA

MAY 1 9 2017

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

**UNITED STATES OF AMERICA**

V.

**JOHN P. HONNIGFORD**

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:17-mj-5○   MPB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1 – Possession of Sexually Explicit Material Involving Minors**

On or about May 17, 2017, in Vanderburgh County, in the Southern District of Indiana defendant, John P. Honnigford knowingly possessed, attempted to possess, and accessed with the intent to view one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, including one or more visual depictions involving a prepubescent minor or a minor under twelve years of age, all of which is in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

_____
Bryan Brown, TFO, FBI

Sworn to before me, and subscribed in my presence

May 19, 2017                      at   Evansville, Indiana
**Date**

Matthew P. Brookman, U.S. Magistrate Judge

**Name and Title of Judicial Officer**          Signature of Judicial Officer

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

JOHN P. HONNIGFORD

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:17-mj-            MPB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 2 – Receipt of Sexually Explicit Material Involving Minors**

Between on or about March 24, 2017, and April 3, 2017, in Vanderburgh County, in the Southern District of Indiana defendant, John P. Honnigford knowingly received and attempted to receive any visual depictions using any means or facility of interstate or foreign commerce, and knowingly received and attempted to receive any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, all of which is in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

_____
Bryan Brown, TFO, FBI

Sworn to before me, and subscribed in my presence

May 19, 2017
**Date**

at    Evansville, Indiana

_____
Matthew P. Brookman, U.S. Magistrate Judge

**Name and Title of Judicial Officer**          **Signature of Judicial Officer**