UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
MAY 19 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO: 3:17-mj- 50  MPB |
| ) | |
| JOHN P. HONNIGFORD, ) | |
| Defendant. ) | |

## MOTION TO SEAL AFFIDAVIT IN SUPPORT OF COMPLAINT ONLY

COMES NOW the United States of America, by the United States Attorney for the Southern District of Indiana and the undersigned Assistant United States Attorney, and moves the Court to seal the Affidavit in Support of Complaint in the above-captioned matter for the following reasons:

1.  Sealing is necessary because release of the information in the affidavit may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

2.  Online offenders actively search for criminal complaint affidavits and search warrants via the Internet, and disseminate them to other online offenders as they deem appropriate, i.e., post them publicly online through internet forums.

3.  Public disclosure of the contents of the affidavit therefore may have a significant and negative impact on continuing investigations and may severely jeopardize the effectiveness of such investigations.

4.  The affidavit describes law enforcement techniques in sufficient detail that disclosure of the techniques could assist others in thwarting the use of the same or similar techniques in the future.

For the reason set forth above, the Government requests that the motion to seal the Affidavit in Support of Complaint in the above referenced matter be granted. The Government is not requesting sealing of the Complaint stating the charged offenses.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: _____
Todd S. Shellenbarger
Assistant United States Attorney