UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
MAY 19 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO: 3:17-mj-40   MPB |
| JOHN P. HONNIGFORD, | ) ) ) | |
| Defendant. | ) | |

**ORDER TO SEAL AFFIDAVIT IN SUPPORT OF COMPLAINT**

Upon motion of the government, and for good cause shown, it is hereby **ORDERED** that the Affidavit in Support of Complaint filed in this case be sealed until further order of the Court.

_____
MATTHEW P. BROOKMAN
Magistrate Judge
United States District Court
Southern District of Indiana
Evansville Division

_____
Date