UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**FILED**
MAY 19 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:17-mj-50    MPB |
| JOHN P. HONNIGFORD, | ) |
| Defendant. | ) |

You have been charged in complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) Possession of Sexually Explicit Materials Involving Minors | NMT 20 | $250,000 | Lifetime |
| 2 | 18 U.S.C. § 2252(a)(2) and (b)(1) Receipt of Sexually Explicit Materials Involving Minors | NLT 5 NMT 20 | $250,000 | Lifetime |