UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
MAY 19 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) Cause No. 3:17-mj-50      MPB | |
| ) | |
| v. ) | |
| ) | |
| JOHN P. HONNIGFORD, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Todd S. Shellenbarger, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel in the above referenced matter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Todd S. Shellenbarger
Assistant United States Attorney