UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:17-mj-00050-MPB ) |
| JOHN P. HONNIGFORD, | ) ) |
| Defendant. | ) |

Entry for May 22, 2017

Before The Hon. Matthew P. Brookman, Magistrate Judge

This matter is before the Court for an Initial Appearance on a Complaint filed May 19, 2017.

The government appears by AUSA Kyle Sawa. Defendant appears in person and by retained counsel, Michael Keating. The United States Probation Office is represented by Zack Marlin.

The defendant waives formal reading of the Complaint, waives formal arraignment and waives a probable cause hearing in open court. The Court advises the defendant of his rights, charges and possible penalties.

The government does not move for detention and requests defendant be released under conditions. The Court grants the request and issues, by separate order, an Order Setting Conditions of Release.

The defendant is released pending processing by the US Marshal and compliance with all terms and conditions of the order. Court is adjourned.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Todd Shellenbarger and Kyle Sawa
Michael Keating
United States Marshal – paper copy
United States Probation Office