# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN P. HONNIGFORD<br>*Defendant* | )<br>)<br>)  Case No. 3:17-mj-00050-MPB<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/22/2017

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*