AO 442 (Rev. 11/11) Arrest Warrant     Todd S. Shellenbarger, AUSA, USAO, SDIN     1032538-1

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

**FILED**
MAY 19 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

United States of America
v.

JOHN P. HONNIGFORD
*Defendant*

Case No. 3:17-mj-50 MPB

## ARREST WARRANT

**FILED**
JUN 27 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JOHN P. HONNIGFORD**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count One – Possession of Sexually Explicit Material Involving Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2),

Count Two – Receipt of Sexually Explicit Material Involving Minors, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

Date: May 19, 2017

*Issuing officer's signature*

City and state: Evansville, Indiana

Matthew P. Brookman, U.S. District Court Magistrate
*Printed name and title*

### Return

This warrant was received on *(date)* 05/19/2017, and the person was arrested on *(date)* 05/22/2017
at *(city and state)* Evansville, IN

Date: 05/22/2017

*Arresting officer's signature*

Christopher M. Baldelli, DUSM
*Printed name and title*