UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 3:17-cr-50-MPB |
| | ) | |
| JOHN P. HONNIGFORD | ) | |
| Defendant. | ) | |

MOTION FOR REVIEW OF ORDER
DENYING AUTHORIZATION TO TRAVEL

Comes now the Defendant, by counsel, and moves the Court, to review and revise the Order Denying the Defendant permission to travel by the Magistrate Judge.

KEATING & LaPLANTE, LLP


BY: /s/ Michael C. Keating
Michael C. Keating, #5100-82
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile: (812) 463-6094
www.keatingandlaplante.com

CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2017, a copy of the foregoing Motion for Review of Order Denying Authorization to Travel was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Todd Shellenbarger
todd.shellenbarger@usdoj.gov


      I hereby certify that on June 20, 2017, a copy of the foregoing Motion for Review of Order Denying Authorization to Travel, by first-class U.S. Mail, postage prepared and addressed to the following:

No manual recipients

      /s/Michael C. Keating
      Michael C. Keating, #5100-82


KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile: (812) 463-6094
www.keatingandlaplante.com

ATTORNEYS FOR DEFENDANT