UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:17-mj-50-MPB-1 |
| | ) | |
| JOHN P. HONNIGFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**OBJECTION TO DEFENDANT'S MOTION TO AUTHORIZE TRAVEL**

Comes now the United States of America, by Josh J. Minkler, the United States Attorney for the Southern District of Indiana, and Todd S. Shellenbarger, Assistant United States Attorney, and renews its objection to the Motion of Defendant John P. Honnigford to permit travel to Florida for a youth archery tournament for the reasons previously submitted.

WHEREFORE, based on the foregoing, the United States of America respectfully requests the Court deny Defendant's motion for travel, and grant such other relief as the Court deems appropriate.

Respectfully Submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By:   s/Todd S. Shellenbarger
      Todd S. Shellenbarger
      United States Attorney's Office
      101 Northwest Martin Luther King, Jr. Blvd.
      Suite 250
      Evansville, IN 47708
      Phone:  (812) 465-6475
      Fax:  (812) 465-6443
      E-mail: Todd.Shellenbarger@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on **July 19, 2017**, a copy of the foregoing Objection to Defendant's Motion was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

**Michael C. Keating, Esq.**
**Email:  mkeating@keatingandlaplante.com**

           By:  s/ Todd S. Shellenbarger
              Todd S. Shellenbarger, AUSA
              United States Attorney's Office