MARGINAL ENTRY: Denying Motion for Review of Order Denying Authorization to Travel.

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Date: 7/27/2017

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 3:17-mj-50-MPB |
| | ) | |
| JOHN P. HONNIGFORD | ) | |
| Defendant. | ) | |

## MOTION FOR REVIEW OF ORDER
## DENYING AUTHORIZATION TO TRAVEL

Comes now the Defendant, by counsel, and moves the Court, to review and revise the

Order Denying the Defendant permission to travel by the Magistrate Judge.

KEATING & LaPLANTE, LLP

BY: /s/ Michael C. Keating
    Michael C. Keating, #5100-82
    101 N.W. First Street, Suite 116
    P.O. Box 3556
    Evansville, IN 47734-3556
    Telephone: (812) 463-6093
    Facsimile: (812) 463-6094
    www.keatingandlaplante.com