UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:17-mj-0050-MPB-01 |
| | ) |
| | ) |
| JOHN P. HONNIGFORD, | ) |
| | ) |
| Defendant. | ) |

**JOINT SECOND MOTION FOR ENLARGEMENT
OF TIME FOR INDICTMENT**

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Todd S. Shellenbarger, Assistant United States Attorney, and the defendant, JOHN P. HONNIGFORD, by and through his attorney, Michael C. Keating, and jointly move the Court to enlarge the time for Indictment imposed pursuant to Title 18, United States Code, Section 3161, for the following reasons:

1.      On May 22, 2017, the defendant appeared before this Court, to answer a criminal complaint charging him with one count of possession of sexually explicit materials and one count of receipt of sexually explicit materials.

2. On May 26, 2017, the parties filed a Joint Motion for Enlargement of Time and the Order was granted on June 1, 2017, extending time to indict up to and including September 15, 2017.

3. The parties are currently engaged in the exchange of discovery and negotiations related to this case.

4. The parties may resolve the case through an agreement that would include a waiver of indictment.

WHEREFORE, the United States and the defendant, jointly, pray this Honorable Court issue an Order enlarging the time in which to file an Indictment in the above named cause by 90 days, up to and including December 14, 2017, and that such delay shall be excluded from the Speedy Trial Act time limits.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY
United States Attorney

By: s/Todd S. Shellenbarger
Todd S. Shellenbarger
Assistant United States Attorney
101 NW Martin Luther King, Jr. Blvd.
Evansville, IN 47708
(812) 465-6475
Todd.Shellenbarger@usdoj.gov

s/Michael C. Keating (w/permission)
Michael C. Keating, Attorney at Law
Attorney for Defendant