UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:17-mj-00050-MPB |
| | ) |
| JOHN P. HONNIGFORD, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON JOINT THIRD MOTION FOR ENLARGEMENT
OF TIME FOR INDICTMENT**

The joint motion of the United States and JOHN P. HONNIGFORD for an Order enlarging the time in which to file an Indictment in this matter comes before the Court for a ruling.  The Court, being duly advised in the premises, now GRANTS said joint motion.

IT IS THEREFORE ORDERED, pursuant to Title 18, United States Code, Section 3161, that the government is granted an enlargement of time for Indictment of 90 days, up to and including March 14, 2018, and that this time is excluded from the Speedy Trial Act time limits.

Date:_____

                                                                              Matthew P. Brookman
                                                                              United States Magistrate Judge

Distribution to all registered counsel via electronic notification

United States Probation, Pretrial Services