UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:18- 3 1        -RLY-MPB-1 |
| JOHN P. HONNIGFORD, | ) | |
| Defendant. | ) | |

You have been charged in an Indictment with violations of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) Possession of Sexually Explicit Material Involving Minors | NMT 20 | $250,000 | Maximum of Lifetime |

Dated: _____        _____
                                                      Defendant – John P. Honnigford


I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.


                                                 _____
                                                 United States Magistrate Judge
                                                 Southern District of Indiana