UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00031-RLY-MPB |
| | ) | |
| JOHN P. HONNIGFORD, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Entry for June 13, 2018

Before The Hon. Matthew P. Brookman, Magistrate Judge

    This matter is before the Court for an Initial Appearance on an Indictment returned May 24, 2018.

    The government appears by AUSA Todd Shellenbarger. Defendant appears in person and by Counsel, Michael Keating.

    The defendant waives formal reading of the Indictment in open court and waives formal arraignment. The Court advises the defendant of his rights, charges and possible penalties.

    Rule 16 disclosures are due July 13, 2018.

    A Jury Trial is set for August 13, 2018 at 9:00 a.m. before Honorable Judge Richard Young.

    The defendant is released under same conditions previously imposed. Court is adjourned.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Todd Shellenbarger
Michael Keating
United States Marshal – paper copy
United States Probation Office