INSD 458 (Rev. 08/09) Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cr-31-RLY-MPB |
| John P. Honnigford | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

John P. Honnigford

in the capacity of:
- ☐ CJA Appointment
- ☐ Federal Community Defender
- ☒ Retained Attorney
- ☐ Other: _____ (Please specify.)

*Attorney's signature*

Michael C. Keating, #5100-82

*Printed name and bar number*

Date: July 5, 2018

101 N.W. First St., P.O. Box 3556, Evansville, IN 47734

*Address*

mkeating@keatingandlaplante.com

*E-mail address*

(812) 463-6093

*Telephone number*

(812) 463-6094

*FAX number*

CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2018, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Todd Shellenbarger, Assistant U.S. Attorney
101 NW MLK Jr. Blvd.
Suite 250
Evansville, IN 47708

    I hereby certify that on July 5, 2018, a copy of the foregoing Appearance was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

No manual recipients

                                                             /s/ Michael C. Keating
                                                             Michael C. Keating, #5100-82

KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile:  (812) 463-6094
www.keatingandlaplante.com

ATTORNEYS FOR DEFENDANT