UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 3:18-cr-31-MPB |
| | ) | |
| JOHN P. HONNIGFORD | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE TRIAL DATE

Comes now the defendant, by counsel, and would show to the court as follows:

1. The trial of this cause is currently assigned for August 13, 2018.

2. The Defendant has employed an expert to examine hard drives seized by the Government as part of the search conducted of the Defendant's residence. This examination cannot be completed prior to the date this matter is assigned for trial.

3. In addition, the Government and Defendant are in discussions regarding an agreed disposition of this case. Additional time is necessary in which to explore possibilities.

WHEREFORE, the Defendant prays that the Court vacate the trial date of August 13, 2018, and reassign the same.

KEATING & LaPLANTE, LLP

BY: /s/ Michael C. Keating
Michael C. Keating, #5100-82
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile: (812) 463-6094
www.keatingandlaplante.com

CERTIFICATE OF SERVICE

I hereby certify that on July 27th, 2018, a copy of the foregoing Motion to Continue Trial Date was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Todd Shellenbarger, Assistant U.S. Attorney
101 NW MLK Jr. Blvd.
Suite 250
Evansville, IN 47708

I hereby certify that on July 27th, 2018, a copy of the foregoing Motion to Continue Trial Date was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

No manual recipients

/s/ Michael C. Keating
Michael C. Keating, #5100-82

KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile:  (812) 463-6094
www.keatingandlaplante.com

ATTORNEYS FOR DEFENDANT