UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff, )<br>      )<br>V. )<br>      )<br>JOHN P. HONNIGFORD )<br>     Defendant. ) | 3:18-cr-31-RLY-MPB |

## MOTION TO CONTINUE TRIAL DATE

Comes now the defendant, by counsel, and would show to the court as follows:

1. The trial of this cause is currently assigned for January 7, 2019.

2. That an expert hired by the Defendant has not yet prepared his report. That the Defendant is in need of additional time in which to obtain that report and to attempt to resolve this matter without the necessity of trial.

WHEREFORE, the Defendant prays that the Court vacate the trial date of January 7, 2019, and reassign the same.

                KEATING & LaPLANTE, LLP

                BY: /s/ Michael C. Keating
                     Michael C. Keating, #5100-82
                     101 N.W. First Street, Suite 116
                     P.O. Box 3556
                     Evansville, IN 47734-3556
                     Telephone: (812) 463-6093
                     Facsimile: (812) 463-6094
                     www.keatingandlaplante.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2018, a copy of the foregoing Motion to Continue Trial Date was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Todd Shellenbarger, Assistant U.S. Attorney
101 NW MLK Jr. Blvd.
Suite 250
Evansville, IN 47708

I hereby certify that on December 4th, 2018, a copy of the foregoing Motion to Continue Trial Date was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

No manual recipients

/s/ Michael C. Keating
Michael C. Keating, #5100-82

KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile:  (812) 463-6094
www.keatingandlaplante.com

ATTORNEYS FOR DEFENDANT