UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cr-00031-RLY-MPB ) |
| JOHN P. HONNIGFORD, | ) -01 ) |
| Defendant. | ) |

## SCHEDULING ORDER

The court, upon the Defendant's motion and without objection from the United States, **VACATES** the trial setting of 1/07/19 and now **RESETS** the trial **to APRIL 1, 2019, at 9:00 a.m.**  The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. This court finds that the ends of justice served by taking this action outweigh the best interest of the defendant and the public in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to Title 18 U.S.C. 3161 (h)(7) (A).

**SO ORDERED** this 5th day of December 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

United States Marshal and United States Probation