UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 3:18-cr-31-RLY-MPB |
| | ) | |
| JOHN P. HONNIGFORD | ) | |
| Defendant. | ) | |

MOTION TO CONTINUE TRIAL

Comes now the Defendant, by counsel, and would show to the Court as follows:

1.  The trial of this cause is currently assigned for April 1, 2019.

2.  The parties have continued to negotiate in an attempt to reach a resolution in this matter.

Additional time is reasonably necessary in order to explore the possibility of a plea.

WHEREFORE, the Defendant prays that the Court vacate the trial date of April 1, 2019 and

reassign the same.


KEATING & LaPLANTE, LLP

BY: /s/ Michael C. Keating
Michael C. Keating, #5100-82
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile: (812) 463-6094
www.keatingandlaplante.com

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, a copy of the foregoing Motion to Continue Trial Date was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Todd Shellenbarger, Assistant U.S. Attorney
101 NW MLK Jr. Blvd.
Suite 250
Evansville, IN 47708

I hereby certify that on March 11th, 2019, a copy of the foregoing Motion to Continue Trial Date was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

No manual recipients

/s/ Michael C. Keating
Michael C. Keating, #5100-82

KEATING & LaPLANTE, LLP
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone: (812) 463-6093
Facsimile:  (812) 463-6094
www.keatingandlaplante.com

ATTORNEYS FOR DEFENDANT