# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)  1:19-cr-00024-JPH-DML-3
)  3:12-cv-00051-RLY-DML
)  3:13-mj-00010-WGH-2 (merged)
)  3:13-mj-00075-WGH-2 (merged)
)  3:17-cr-00025-RLY-MPB-1
)  3:17-mj-00050-MPB-1 (merged)
)  3:18-cr-00031-RLY-MPB-1

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Michael C. Keating | Michael C. Keating |
| **Law Firm, Company, and/or Agency:** | Keating and LaPlante, LLP | Law Offices of Steven K. Deig, LLC |
| **Address:** | 101 NW First Street, Suite 116<br>P.O. Box 3556<br>Evansville, IN 47734 | 5615 E. Virginia Street<br>Evansville, IN 47715 |
| **Primary E-mail:** | mkeating@keatingandlaplante.com | michael@deiglaw.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | 812-463-6093 | 812-477-5577 |
| **Facsimile:** | 812-463-6094 | 812-477-7220 |

Date: 05/13/19

s/ Michael C. Keating

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.