## Recording made on May 17, 2017

**Participants:**

**JH:   John Honnigford**

**BB:   Bryan Brown, FBI TFO**

**LB:   Loren Brooks, FBI TFO**

*Background Sounds* -

Ding, Clearing throat

*Recorded Conversation* -

BB:   John. Mr. Huddleston's back.  Gotcha again.

That did sound like a car door didn't it.

Other:  Someone just went in the house.

BB:   His jeeps here.

BB:   Good morning

JH:   Yeah there is. My 13 year old son. He is upstairs.

BB:   Good Morning

BG:   Ma'am, ma'am, why don't you come with us (inaudible)

JH:   How can I help?

BB:   Yep, my name is

Wife: (inaudible)

BB:   No, you can hang on to it.

BB:   I'm Bryan Brown,

JH:   Hi Bryan Brown

BB:   I'm a task force officer with the FBI.

JH:   How can I help?

BB:   We are here executing a search warrant. We have been working an investigation for a while now that has led to the point where we needed to come serve a search warrant.

JH:   Okay

1

BB:   So that's what we're doing today.

JH:   How can I help?

BB:   So we're going to be collecting things like computers, cell phones, things like that

JH:   Yep.

BB:   The investigation revolves around the internet use, more specifically, programs, like file sharing programs that download torrents

JH:   Sure

BB:   Or allow torrents to be downloaded

JH:   Sure

BB:   so we're going to be checking all the electronic equipment

JH:   You don't have to beat around the bush sir, I'm not

BB:   You know what it is?

JH:   Yeah, I'm sure I know.

BB:   Uh, you are not under arrest, we're just here to collect evidence and we are just trying to further our investigation.

JH:   Okay

BB:   So you're not going to be placed in handcuffs or anything like that, but cooperation is key to how things proceed from here so.

JH:   Sure

BB:  If you can help us we won't have to take everything out of here if you can direct us to say that's the computer that's been used or whatever.  Then that allows us to expedite things, we don't have to go back in all the way yet. But, why don't we just stand here on the porch for a second.

JH:   I'm happy to help you. I mean, I can show you where everything is I got nothing to hide.

BB:   How much, how much is going to be on there?

JH:   Hmmm

BB:   Hang on, your son is coming.

    (boy says hi)

BB:   Step in here for just a second.  Does this go upstairs here?  (walking up stairs)

BB:   Just don't touch anything once you get up there.  Do you mind if I talk to him for just a second?

Wife: (inaudible)

BB:   Private

Wife: No that's fine. Do you want me to turn the light on?

BB:   Yeah

BB:   if we could just have a second alone.

JH:   I have no computers in there or anything.

BB:   Okay. Where is the computer?

JH:   There's an office.

BB:   What's that?

JH:   There's an office in the back.

BB:   Okay.

JH:   Everything's on one external drive.

BB:   External

JH:   Yeah, I'll give it to ya

BB:   It's all saved to that.

JH:   Yeah, it's all saved in one place.

BB:   Let's go take a look at it real quick.

BB:   Down this way?

JH:   (inaudible)

BB:   Okay

JH:   (inaudible) that's all there is to it.

BB:   Well, and, I certainly appreciate your cooperation and this will help it.

JH:   (inaudible) I'm not, I'm not trying to hide things, I'm not trying to be.

BB:   That's the drive back there?

3

JH: Yeah, that's one of them. But the, yeah, this is the only computer that is been used.

BB: This is the one that has the, what program were you using?

JH: You know, I don't.

BB: Is it BitTorrent?

JH: I have BitTorrent yeah on this computer here.

BB: On this one, is this uh, right there, it that the

JH: yeah, that's the (inaudible)

BB: Okay

BB: Well, here's what we're going to do. His wife's not out there, is she?

LB: No, she's downstairs.

BB: I'm not gonna tell her what this is about, I'm going to tell her this is about suspicious internet activity. That's a conversation you can have with her.

JH: Sure

BB: Okay, so, what we'll do is, we'll be out of here pretty quick, but they've gotta go through and they put numbers up in each room and they take pictures just for like pre-search and then they take post search to make sure that we didn't rip a wall out or whatever, trying to get to stuff. So we're going to take some pictures, what I would like to do is then we'll end up collecting that, is that running right now, it looks like it is?

JH: Do you want me to shut it down?

BB: No, Are you downloading anything right now, are you running the program now?

JH: No.

BB: Okay

BB: When's the last time you ran it?

JH: Um, that's the weird thing, is sometimes it runs itself.

BB: Uh huh,

JH: so I don't know when the last time it would be

BB: When was the last time you intentionally fired it up and executed it to search for things?

JH: I mean, I used the computer last night, but I don't know that I did anything that would be considered illicit last night.

BB: Okay

JH: I, again, I don't know when the last time it would have been used for anything

BB: That we'd be interested in?

JH: That you'd be interested in.

BB: Vanessa can start doing her pictures and all that

BB: Okay, well, what I would like to do is sit down with you and we can do it here in the house, we don't have to go anywhere, just sit down with you and kind of talk this out and figure out how did you get from point A to point B, where we're here today.

JH: Right.

BB: How big of a problem is it, what kind of help do you need.

JH: Right.

BB: That kind of stuff, so.

JH: Um, I do have (inaudible)

BB: Yeah, so, but I want you to understand up front that, you're, like I told you outside you're not under arrest and you are certainly under no obligation to speak to anybody or anything like that, but sometimes it helps to get those facts out to understand it, because of cases like this, people are going to assume the worst

JH: Yeah

BB: And what I've seen is there is typically two types of people, one is the guy who is full blown pedophile, goes and watches kids at the playground and that and then then there's the other guy who got into pornography maybe at a young age and became desensitized to it and kept looking for more hard core stuff and eventually it led to this.

JH: That's probably closer to the truth.

BB: Okay and that's what I want to get out so that I can present that and to present you in the best light that I can.

JH:   The (inaudible) part is this will invalidate all of my medical stuff

BB:   Well, we don't know where, I mean we're just here to collect evidence. We don't know what this is going to result in, so like I said you are not under arrest, now that doesn't mean that there couldn't be charges somewhere down the road, but we need to see what you have only you know at this point, how much you have, what you have and what you've done, but at this point we're just collecting evidence.

(Women laughing)

BB:   so nothing's gonna be done right off the bat.

JH:   And it's silly for me to hide things. (inaudible) say hey I've got something in the vents, walls or anything (inaudible)

BB:   So everything is right here?

JH:   (inaudible)

BB:   It looks like you have several drives here?

JH:   The drives are for different purposes. This may seem crazy, but a lot of those are family pictures on one.  One of them is, the one of interest is the black one to you

BB:   This one here?

JH:   Yeah. (inaudible) because honestly it's about time I got some help.

BB:   Okay,

JH:   It's about time.

BB:   Okay, roughly, how many pictures, videos do you think you'll have?

JH:   There will be gigabytes of things on there

BB:   Is it, when you say things on there are you talking porn in general or is it stuff that would be what we would be interested in, investigating.

JH:   There would be things you would be interested in investigating.

BB:   Okay

JH:   But there's a lot more than just that.  There's all kinds of stuff mixed in there that's not illegal.  (inaudible) legal stuff too.

BB:   okay

JH:   Most of it goes right up to the line but doesn't cross it, there's a few things I know of that will cross the line.

6

BB: Okay. So do you have stuff on there that shows people under the age of 18 engaged in sexual activity?

JH: Um, probably, again it's there's a lot of gray area but if you look you'd probably find that

BB: When you say gray area, what do you, well, let me ask you this, what's your definition of child pornography?

JH: And that's the problem (inaudible).

BB: Because everybody's definition

JH: Yeah, everybody's definition is different.

BB: Fluctuates

JH: To some people just a kid in a provocative pose is pornographic, to some people it's you know, but no there's no kids bound and raped and all that kind of…that's not.

BB: Nothing that's going to be like BDSM with kids?

JH: No, absolutely not.

BB: So yours is more of the posing?

JH: Voyeurish type stuff, yeah, absolutely

BB: Seen stuff that's like LS models?  Seen that on picture before?  LS models magazines?

JH: Yes, there's actually quite a ton of that on there.

BB: A lot of that?

JH: Yeah

BB: Okay

JH: That's actually the majority of what it is.

BB: Okay, what, you said you have BitTorrent?

JH: Uh huh

BB: Was there another program or is that the one that you use primarily?

JH: Yeah, and again a lot of that stuff came through KAT before it went down, are you familiar with KAT?

BB: Hmm

JH:   Since KAT went down, everybody had to kind of change their software and change their, yeah, what I was doing 2 years ago it was different than what I'm doing now.

[**NOTE:** *"KAT" is believed to be a reference to "Kickass Torrents." Kickass Torrents (commonly abbreviated **KAT**) was a website that provided a directory for torrent files and magnet links to facilitate peer-to-peer file sharing using the BitTorrent protocol. It was founded in 2008 and by November 2014, KAT became one of the most visited BitTorrent directories in the world. KAT went offline on July 20, 2016 when the domain was seized by the U.S. government.*

BB:   How long has this been a problem for you?

JH:   Probably long time

BB:   Long time?

JH:   Yeah, long time

BB:   Like back in college were you looking at this kind of stuff.

JH:   (inaudible) to remember, really hard to say.

BB:   But you're probably, what, about 45ish?

JH:   45

BB:   Yeah

JH:   Yeah, (inaudible) yeah, I would say it's been a long time. But again, not, it's intermittent, it's not (inaudible)

BB:   It's not daily?

JH:   Yeah, it's not something that's you know, good or bad, you know like I said there's no rhyme or reason to it, it's just the way it is.  My concern for myself is small, my concern is for my family, is all I really care about.

BB:   Sure, well, yeah, that's normal and that shows that you still have a conscience about it.  That means that you are not so self-absorbed that you're not worried about anybody else, so

BB:   Do you know how you got to looking at it?  Do you remember like is it something that always from a kid you think you've been interested in or is it?

JH:   No, I didn't really have much interest as a kid I would say.  That's not, I don't remember doing that as a kid, I think there's just desensitization cuz certainly. You know when I was 18 I had a prescription to Playboy and you just kind of you know roll down hill

BB: Sure, okay, well

JH: It's so hard to describe.

BB: It is, you know I've done this for 10 years investigating this and I've met a lot of good people who pornography is just become a beast.

JH: How do they (inaudible)

BB: Well, a lot of those unfortunately this is usually the first step

JH: Okay, what's the step two?

BB: Because then it's usually, just depends on where it goes from there. You've got to get into some kind of counseling, some kind of something, some kind of support group and then

JH: I tried and it didn't work.

BB: Oh, you have tried that?

JH: yeah

BB: When did you try that?

JH: I went through a program called "Deaconess Cares" that was 3 or 4 years ago. It was yeah, I didn't know if it was so much trying to help me as it was, you know, they were just trying to learn big stories and (inaudible), but no one actually ever offered me answers.

BB: Sure. Hey Bill. This is Bill Gray, Special Agent with the FBI, do you mind hanging out here for a second while I run down to the car and grab something. I'll be right back John.

BG: (inaudible)

BB: Yeah, just photos, he's fully cooperating, he's already pointed out what we want and we don't need to take stuff that belong to the kids

BG: Good

BB: And wife and stuff.

BG: I notice you have (inaudible)

**Recording ends**