UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00031-RLY-MPB |
| | ) | |
| JOHN P. HONNIGFORD, | ) -01 | |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for January 15, 2020

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Todd Shellenbarger, the defendant appears in person and by retained counsel Michael Keating, the USPO is represented by Lisa Hunt for the sentencing of the defendant.

The parties advise there are no matters in dispute regarding the presentence report.

The court now sentences the defendant.

The defendant is released on conditions previously imposed.

Copies: All counsel of record
        U.S. Probation
        U.S. Marshal