UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:18-cr-00031-RLY-MPB |
| JOHN P. HONNIGFORD, | ) ) | -01 |
| Defendant. | ) ) | |

**CLERK'S ENTRY**
for August 20, 2020

    Pursuant to Southern District of Indiana Local Rule 79-1, counsel are advised that exhibits received in the above cause are now released and available for removal in the U.S. District Court Clerk's Office, 101 Northwest MLK Jr. BLVD, Room 304, Evansville, IN 47708, during normal business hours, Monday – Friday, 8:30 a.m. to 4:30 p.m.

    If unclaimed, exhibits will be disposed of on 8/27/2020.

                                                        Roger A. G. Sharpe,
                                                        Clerk of Court

                                                        By Jonathan Blankenberger
                                                        Deputy Clerk

Distribution:

Michael C. Keating
LAW OFFICES OF STEVEN K. DEIG, LLC
michael@deiglaw.com

Todd Stanton Shellenbarger
UNITED STATES ATTORNEY'S OFFICE (Evansville)
Todd.Shellenbarger@usdoj.gov